◼ SUSAN POLLACK, Respondent, v MARVIN POLLACK, Appellant. [736 NYS2d 628] —In an action, inter alia, for a divorce and ancillary relief, the defendant appeals from stated portions of a judgment of the Supreme Court, Nassau County (Jonas, J.), entered November 24, 1999, which, after a nonjury trial, among other things, granted the plaintiff a divorce on the ground of cruel and inhuman treatment.

Ordered that the judgment is affirmed, with costs.

Contrary to the defendant's contention, the plaintiff demon-

strated through her own testimony that the defendant's behavior so adversely affected her physical and mental well-being that it became improper for her to cohabit with him (*see, Fuegel v Fuegel,* 271 AD2d 404; *French v French,* 262 AD2d 280; *Meltzer v Meltzer,* 255 AD2d 497). Accordingly, the Supreme Court properly granted the plaintiff a divorce on the ground of cruel and inhuman treatment.

The defendant's remaining contentions are without merit. Smith, J.P., Krausman, Schmidt and Cozier, JJ., concur.